1  **NORMA A. AGUILAR**
   California State Bar No. 211088
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Email: Norma_Aguilar@fd.org

5  Attorneys for Mr. Velasco-Acevedo

6

7

8                    UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    Case No. 08MJ1036
                                       )
12            Plaintiff,               )
                                       )
13  v.                                 )
                                       )    **NOTICE OF APPEARANCE**
14  JOSE LUIS VELASCO-ACEVEDO,         )
                                       )
15            Defendant.               )
                                       )
16  ─────────────────────────────────── )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19  in the above-captioned case.

20                                          Respectfully submitted,

21

22  Dated:  April 8, 2008                   _/s/   Norma Aguilar_____
                                            **NORMA AGUILAR**
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Velasco-Acevedo
24                                          Norma_Aguilar@fd.org

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2           Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3   and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4           Copy to Assistant U.S. Attorney via ECF NEF

5

6

    Dated:  April 8, 2008                            /s/  *Norma Aguilar*
7                                                     **NORMA AGUILAR**
                                                      Federal Defenders of San Diego, Inc.
8                                                     225 Broadway, Suite 900
                                                      San Diego, CA  92101-5030
9                                                     (619) 234-8467  (tel)
                                                      (619) 687-2666  (fax)
10                                                     Email: Norma_Aguilar@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08MJ1036