UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08CR1190-JM |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| JOSE LUIS VELASCO-ACEVEDO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

> William Hall, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: May 16, 2008

                                                  */s/Norma A. Aguilar*
                                                 **NORMA A. AGUILAR**
                                                 Federal Defenders
                                                 225 Broadway, Suite 900
                                                 San Diego, CA 92101-5030
                                                 (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
                                                 Email: norma_aguilar@fd.org